IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MOHAMED HASSANEIN, | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff(s) | ) | |
| v. | ) | |
| | ) | Case No.: 19-CV-1167 |
| U.S. EQUITIES CORP., & LINDA STRUMPF, | ) | |
| Defendant(s) | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) Mohamed Hassanein and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) U.S. Equities Corp. & Linda Strumpf.

Date: 05/20/2019

 /s/ Andreas E. Christou
*Signature of plaintiffs or plaintiff's counsel*

 80-02 Kew Gardens Rd., Ste. 600
*Address*

 Kew Gardens, NY 11415
*City, State & Zip Code*

 718-263-6800
*Telephone Number*